NATIONAL CLOAK & SUIT CO. v. STANDARD MAIL ORDER CO.

(Circuit Court, S. D. New York.   October 30, 1911.)

COPYRIGHTS (§ 39*)—INFRINGEMENT—MANUFACTURERS' CATALOGUES.

A manufacturer of unpatented articles cannot practically monopolize their sale by copyrighting a catalogue containing illustrations of them; nor can another manufacturer of identical articles be deprived of the right to illustrate them in his catalogue, providing his illustrations are not in fact copied from the copyrighted catalogue.

[Ed. Note.—For other cases, see Copyrights, Cent. Dig. § 39;   Dec. Dig. § 39.*]

Action by the National Cloak & Suit Company against the Standard Mail Order Company.   On demurrer to complaint.   Demurrer overruled.

Archibald Cox, for complainant.
Howard Taylor, for defendant.

LACOMBE, Circuit Judge.   I am entirely in accord with defendant in the proposition that a manufacturer of unpatented articles cannot practically monopolize their sale by copyrighting a catalogue containing illustrations of them.   From a comparison of the illustrations upon which complainant relies, the fair inference would seem to be that defendant makes some garments which are identical with complainant's and offers them for sale.   If this be so, he cannot be deprived of the right to issue a catalogue of the garments he offers, with illustrations showing what they look like, provided that his illustrations are drawn from the garments themselves, and not copied from complainant's copyrighted catalogue.   The difficulty with undertaking to decide the case on demurrer is that we cannot be sure how defendant's illustrations were produced.   Complainant might be able to show that they were in fact copied from its own, and not drawn with the garments as models.

The demurrer is overruled, with leave to answer within 20 days.

_____

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes